UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Criminal Case No. 12-cr-00381-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. TABAURI OLANION BELL,

    Defendant.

## ORDER

    This matter is before the Court upon a review of the file. To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Wednesday, May 15, 2013,** and responses to these motions shall be filed by **Friday, May 24, 2013.** It is

    FURTHER ORDERED that a 3-day jury trial is set to commence on **Monday, June 10, 2013, at 9:00 a.m. in courtroom A-1002.** Finally, it is

    ORDERED that the parties shall promptly contact the Court if a motions hearing and/or final trial preparation conference needs to be set.

    Dated: April 11, 2013.

                             BY THE COURT:

                             s/ Wiley Y. Daniel
                             WILEY Y. DANIEL
                             SENIOR UNITED STATES DISTRICT JUDGE